499 A.2d 1063

**Cynthia D. WILSON**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.**

**Appeal of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Oct. 31, 1985.

Petition for Allowance of Appeal GRANTED, No. 70 M.D. Appeal Docket 1985.